IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| WANDA JEFFRIES, Individually and as Executrix of the Estate of THOMAS V. JEFFRIES, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.   1:07-CV-192-M |
| v. | ) ) | |
| THERMO FISHER SCIENTIFIC, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

On Alan G. Gerson's Motion for Admission Pro Hac Vice, and the Court being otherwise sufficiently advised,

It is hereby ordered that Alan G. Gerson of the law firm of Stinson Morrison Hecker LLP is hereby admitted, *pro hac vice*, to represent Third Party Defendant Sigma-Aldrich, Inc. in this action.

_____
Judge

Date:_____

DB03/./8954044.1